IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE MORRISON,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-4685 |
| | : | |
| **ACCESS SERVICES, INC.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this    15th       day of October, 2014, upon consideration of the defendant's motion to dismiss Counts I and II and all claims for punitive damages (Document #3), the plaintiff's response thereto (Document #8), and the defendant's reply brief (Document #9), IT IS HEREBY ORDERED that:

1. The motion is GRANTED in its entirety.

2. Count I is DISMISSED.

3. Count II is DISMISSED.

4. All claims for punitive damages are DISMISSED.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.